JEFFREY D. FARROW (Cal. Bar 180019)
jfarrow@mrllp.com
TAYLOR C. FOSS (Cal. Bar 253486)
tfoss@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:(714) 557-7990
Facsimile: (714) 557-7991

Attorneys for
SAGICOR LIFE INSURANCE COMPANY,
SAGICOR LIFE INC., and
SAGICOR FINANCIAL CORPORATION LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DANIEL JANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAGICOR LIFE INSURANCE COMPANY, SAGICOR LIFE INC., SAGICOR FINANCIAL CORPORATION LIMITED, AND DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 5:17-cv-01563<br><br>Judge: Hon.<br><br>**DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1332, ET SEQ.** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Sagicor Life Insurance Company, Sagicor Life Inc., and Sagicor Financial Corporation Limited ("Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1446, hereby remove the action entitled *DANIEL JANG v. SAGICOR LIFE INSURANCE COMPANY, a business entity form unknown; SAGICOR LIFE INC., a Corporation; SAGICORP FINANCIAL CORPORATION LIMITED, a business entity form unknown; and DOES 1 through 20, Inclusive*, Case No. CIVDS1711280 from the Superior Court of California, County of San Bernardino, San Bernardino District, to the United States District Court for the Central District of California – Eastern Division. This Court has original jurisdiction over this action because there is complete diversity and the amount in controversy exceeds $75,000.

## BACKGROUND

1. On June 13, 2017, Daniel Jang ("Plaintiff") commenced a civil action by filing a Summons and Complaint for Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Declaratory Relief, and Intentional Infliction of Emotional Distress (the "Complaint") in the Superior Court of California in the County of San Bernardino in the San Bernardino District, Case No. CIVDS1711280, styled as *DANIEL JANG v. SAGICOR LIFE INSURANCE COMPANY, a business entity form unknown; SAGICOR LIFE INC., a Corporation; SAGICORP FINANCIAL CORPORATION LIMITED, a business entity form unknown; and DOES 1 through 20, Inclusive* (the "State Court Action").

2. On July 5, 2017, Counsel for Defendants accepted service of the Summons and Complaint on behalf of Defendants. Pursuant to 28 U.S.C. 1446(a),

true and correct copies of all process, pleadings, and orders served upon defendants are submitted herewith as attachments to the concurrently-filed Declaration of Taylor C. Foss. Such documents include: The Civil Case Cover Sheet, Summons, and Complaint (Foss Decl., Exh. A); the Court's Order on Court Fee Waiver filed on June 13, 2017 (Foss Decl., Exh. B); and the Notices and Acknowledgement of Receipt for Defendants signed by Plaintiff's counsel and dated July 5, 2017 (Foss Decl., Exh. C).

## THE NOTICE OF REMOVAL IS TIMELY

3. Pursuant to 28 U.S.C. § 1446(b)(1), this notice is being filed within thirty (30) days after defendants' receipt of the Summons and Complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999) (removal period runs from date of service of summons and complaint). Plaintiff served Defendants with the Summons and Complaint on July 5, 2017. Thus, this Notice of removal is timely as a matter of law.

## VENUE IS PROPER

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 89(b), 1391, 1441, and 1446. Plaintiff filed its Complaint in the Superior Court of California in the County of San Bernardino in the San Bernardino District. Venue is proper in the federal district "embracing the place where such action is pending." 28 U.S.C. 1441(a). Because that Court is within San Bernardino County, venue therefore properly lies in the United States District Court for Central District of California – Eastern Division. *See* 28 U.S.C. § 89(b).

## DIVERSITY OF CITIZENSHIP IS ESTABLISHED

5. Removal is proper because the State Court Action is a civil action between citizens of different states. 28 U.S.C. § 1446.

6. Plaintiff is a California resident. Plaintiff is a citizen of the state of California for purposes of diversity jurisdiction.

3
NOTICE OF REMOVAL

    7.    Defendant Sagicor Life Insurance Company is a Texas corporation with a principal place of business in Scottsdale, Arizona.

    8.    Defendant Sagicor Life Inc. is a Barbados corporation with a principal place of business in Barbados.

    9.    Defendant Sagicor Financial Corporation Limited is Bermuda corporation, with a principal place of business in Barbados.

    10.    Diversity of citizenship between the plaintiff and all defendants existed at the time that Plaintiff commenced the State Court Action; such diversity continues to exist now as of the time of removal.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

    11.    The value of the policy at issue here is $400,000. (Stricker Decl. ¶ 7.) As such that the $75,000 requirement for diversity jurisdiction is met. *See* 28 U.S.C. 1332(a) (applying "where the matter in controversy exceeds the sum or value of $75,000).

## NOTICE TO PLAINTIFF AND STATE COURT

    12.    Defendants will promptly serve copies of this Notice of Removal upon all parties and will promptly serve and file a copy with the Superior Court of California in the County of San Bernardino in the San Bernardino District, pursuant to 28 U.S.C. § 1446(d).

    13.    If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief or supplemental evidence in support of its position.

    14.    Nothing in this Notice of Removal is intended or should be construed as an admission by Defendants as to any fact of this case or as to the validity of any of Plaintiff's claims, causes of action, or allegations. Defendants expressly reserve all rights, remedies, and defenses in connection with this action.

///

///

1     WHEREFORE, having provided notice as is required by law, Defendants
2  respectfully request that this Court assume full jurisdiction over this action as if
3  Plaintiff had originally commenced this action with this Court.

Dated: August 3, 2017        MICHELMAN & ROBINSON, LLP

By: /s/ Taylor C. Foss
Jeffrey D. Farrow (Cal. Bar 180019)
jfarrow@mrllp.com
Taylor C. Foss (Cal. Bar 253486)
tfoss@mrllp.com
17901 Von Karman, 10th Floor
Irvine, CA 92614
Telephone: (714) 557-7990
Facsimile: (714) 557-7991
Attorneys for Defendants
SAGICOR LIFE INSURANCE COMPANY,
SAGICOR LIFE INC., and SAGICOR
FINANCIAL CORPORATION LIMITED.